Amy M. Samberg, Esq.
Nevada Bar No. 10212
Chad R. Fears, Esq.
Nevada Bar No. 6970
Tegan C. Machnich
Nevada Bar No. 11642
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
*Attorneys for Defendant Safeco Insurance Company of Illinois*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD NELSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:10-cv-00241-JCM-LRL<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff EDWARD NELSON and Defendant SAFECO INSURANCE COMPANY OF ILLINOIS, by and through their undersigned counsel, stipulate and agree that the above-captioned case, all claims, causes of action and defenses between Plaintiff and Defendant as set forth in the pleadings, be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

///

12780143.1

1  Dated: ~~March~~ April 29th, 2010.                Dated: ~~March~~ 4/26/11, 2010.

2  SNELL & WILMER L.L.P.                             VANNAH & VANNAH

3
   By: /s/ Amy Samberg                               By: /s/ Denise M. Ridenhour
4  Amy Samberg, Esq.                                 Denise M. Ridenhour, Esq.
   Chad Fears, Esq.                                  Vannah & Vannah
5  Tegan Machnich, Esq.                              400 South Fourth Street, 6th Floor
   SNELL & WILMER L.L.P.                             Las Vegas, Nevada 89101
6  3883 Howard Hughes Parkway                        *Attorneys for Plaintiff*
   Suite 1100
7  Las Vegas, NV 89169
   *Attorneys for Defendant Safeco Insurance*
8  *Company of Illinois*

## ORDER

IT IS SO ORDERED.

DATED this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

12780143.1

- 2 -